**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  REGINA D. COBLE                                  Case Number: 07-72218
1701 N. CHURCH STREET
ROCKFORD, IL  61103                  SSN-xxx-xx-1000

                                                          Case filed on:       9/18/2007
                                                          Plan Confirmed on:
                          U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,736.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| 999 | REGINA D. COBLE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | EVERHOME MORTGAGE | 117,711.73 | 0.00 | 0.00 | 0.00 |
| 002 | WELLS FARGO AUTO FINANCE | 17,011.86 | 17,011.86 | 216.96 | 1,399.35 |
|  | Total Secured | 134,723.59 | 17,011.86 | 216.96 | 1,399.35 |
| 003 | CARDMEMBER SERVICES / DIRECT MERCHANT | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ECMC | 10,926.65 | 10,926.65 | 0.00 | 0.00 |
| 005 | FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | NICOR GAS | 245.65 | 245.65 | 0.00 | 0.00 |
| 007 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | LVNV FUNDING LLC | 182.83 | 182.83 | 0.00 | 0.00 |
| 010 | SPRINT | 202.19 | 202.19 | 0.00 | 0.00 |
| 011 | WELLS FARGO FINANCIAL | 1,987.08 | 1,987.08 | 0.00 | 0.00 |
| 012 | GREGORY VOSS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CAPITAL ONE | 457.29 | 457.29 | 0.00 | 0.00 |
| 014 | JC PENNEY | 156.34 | 156.34 | 0.00 | 0.00 |
|  | Total Unsecured | 14,158.03 | 14,158.03 | 0.00 | 0.00 |
|  | Grand Total: | 150,881.62 | 33,169.89 | 216.96 | 1,399.35 |

Total Paid Claimant:         $1,616.31
Trustee Allowance:           $119.69           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        0.00            discharging the trustee and the trustee's surety from any and all
                                               liablility on account of the within proceedings, and closing the estate,
                                               and for such other relief as is just.  Pursuant to FRBP, I hereby
                                               certify that the subject case has been fully administered.

Report Dated:

                                                     /s/ Lydia S. Meyer
                                                    Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 05/14/2008           By   /s/Heather M. Fagan